JOHN FORRESTER, plaintiff in error, vs. THE STATE of GEORGIA, defendant in error.

After a plea of guilty, judgment will not be arrested because a blank left in the indictment for the name of the county for which the Grand Jurors were sworn, has not been filled up.

Indictment in Fulton Superior Court. Motion in Arrest

of Judgment.    Decided by Judge BIGHAM.    January Adjourned Term 1864.

This writ of error was made returnable to the last term of the Supreme Court at Atlanta, but, by consent of counsel, it was heard at Milledgeville.

The plaintiff in error, being arraigned upon an indictment charging him with the offence of larceny from the house, pleaded guilty, and then moved in arrest of judgment, on the ground, that the bill of indictment did not show that it was found true by a grand jury of Fulton county. The usual entry of "true bill," signed by the foreman, was indorsed upon the indictment, which was in all respects regular and complete, except that a blank left for the insertion of the name of the county, was not filled up.

So much of the indictment as is necessary to show the place and connection of the blank referred to, is here copied:

"Georgia, Fulton county: The grand jurors selected, chosen, and sworn for the county of——, to wit, Jesse M. Cook, foreman," etc.

The Court overruled the motion, and this is the error complained of.

T. W. J. HILL, for the plaintiff in error.

HAMMOND, Solicitor General, for the State.

LUMPKIN, C. J.

This objection, if good at all, which we by no means admit, comes too late. It ought to be taken advantage of by demurrer, and before the defendant pleads to the merits.—See *Code of Georgia*. And after the plea of guilty is filed, judgment will not be arrested because a blank left in the indictment for the name of the county for which the grand jurors were sworn, has not been filled. The motion was properly overruled. 9. *Geo. R.* 58; 24 *Geo. R.* 38; 25. *Geo. R.* 515.

Judgment Affirmed.